UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MARIE ROGERS, | No. 2:14-cv-1133-MCE-DAD PS |
| Plaintiff, | |
| v. | |
| ORGANON USA, INC., et al., | ORDER |
| Defendants. | |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 5, 2014, the magistrate judge filed findings and recommendations, ECF No. 47, which contained notice that any objections were to be filed within fourteen days after service of the findings and recommendations. The fourteen day period expired and no party filed objections to the findings and recommendations. On September 30, 2014, the undersigned issued an order, ECF No. 48, adopting the findings and recommendations in full.

It has come to the Court's attention that the August 5, 2014, findings and recommendations were not served on Plaintiff. Accordingly, the Court's September 30, 2014, order adopting the findings and recommendations will be vacated; the August 5, 2014, findings and recommendations will be served on Plaintiff; and Plaintiff will be provided fourteen days to file any written objections.

1

Accordingly:

1. The September 30, 2014, order, ECF No. 48, is VACATED;
2. The Clerk of the Court is directed to serve a copy of the August 5, 2014, findings and recommendations, ECF No. 47, along with a copy of this order, on Plaintiff at her address of record;
3. Plaintiff may file written objections to the August 5, 2014, findings and recommendations within fourteen (14) days after service of both this order and the findings and recommendations; and
4. If Plaintiff files written objections, any reply to those objections shall be served and filed within seven (7) days after service of the objections.

IT IS SO ORDERED.

Dated:  October 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT